**GLANCY BINKOW & GOLDBERG LLP**
Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Plaintiff*
[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FARIAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LEAPFROG ENTERPRISES, INC., JOHN BARBOUR, and RAYMOND L. ARTHUR,<br><br>Defendants | Case No.:<br><br>**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Richard Farias ("Plaintiff"), by and through his attorneys, alleges the following upon information and belief, except as to those allegations concerning Plaintiff, which are alleged upon personal knowledge. Plaintiff's information and belief is based upon, among other things, his counsel's investigation, which includes without limitation: (a) review and analysis of regulatory filings made by LEAPFROG ENTERPRISES, INC. ("LeapFrog" or the "Company"), with the United States Securities and Exchange Commission ("SEC"); (b) review and analysis of press releases and media reports issued by and disseminated by LeapFrog; and (c) review of other publicly available information concerning LeapFrog.

## NATURE OF THE ACTION AND OVERVIEW

1. This is a class action on behalf of those who purchased or otherwise acquired LeapFrog's securities between May 5, 2014 and January 22, 2015 inclusive (the "Class Period"), seeking to pursue remedies under the Securities Exchange Act of 1934 (the "Exchange Act").

2. LeapFrog is a developer of educational entertainment for children. The Company's product portfolio consists of multimedia learning platforms and related content, and learning toys. The Company has developed a number of learning platforms, including the LeapPad family of learning tablets, the Leapster family of handheld learning game systems, and the LeapReader reading and writing systems. The Company's products are available in four languages and are sold globally through retailers, distributors and directly to consumers via the leapfrog.com online store and the LeapFrog App Center.

3. On January 22, 2015, after the market closed, LeapFrog announced preliminary financial results for its 2014 fiscal third quarter. These financial results were significantly below the Company's stated expectations and financial guidance. According to the Company, LeapFrog's disappointing sales results were related to decreased demand for its products and development issues with the Company's

LeapTV educational video game system. In particular, LeapFrog stated that "due to development issues, we shipped and promoted our new LeapTV educational video game system later than planned."

4. On this news, shares of LeapFrog declined $1.35 per share, 34.62%, to close on January 23, 2015, at $2.55 per share, on unusually heavy volume.

5. Throughout the Class Period, Defendants made false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose: (1) that the Company was experiencing a decline in consumer demand; (2) that the Company's new LeapTV video game system shipment and promotion was delayed by developmental issues; (3) that retailers were overstocked with the Company's LeapPad products; (4) that, as a result, the Company lacked a reasonable basis for its financial guidance; and (5) that, as a result of the foregoing, the Company's statements were materially false and misleading at all relevant times.

6. As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

## JURISDICTION AND VENUE

7. The claims asserted herein arise under Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

8. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and Section 27 of the Exchange Act (15 U.S.C. § 78aa).

9. Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b) and Section 27 of the Exchange Act (15 U.S.C. § 78aa(c)). Substantial acts in furtherance of the alleged fraud or the effects of the fraud have occurred in this Judicial District. Many of the acts charged herein, including

the preparation and dissemination of materially false and/or misleading information, occurred in substantial part in this Judicial District. Additionally, LeapFrog's principal executive offices are located within this Judicial District.

10. In connection with the acts, transactions, and conduct alleged herein, Defendants directly and indirectly used the means and instrumentalities of interstate commerce, including the United States mail, interstate telephone communications, and the facilities of a national securities exchange.

**PARTIES**

11. Plaintiff, as set forth in the accompanying certification, incorporated by reference herein, purchased or otherwise acquired LeapFrog's securities, including call options during the Class Period, and suffered damages as a result of the federal securities law violations and false and/or misleading statements and/or material omissions alleged herein.

12. Defendant LeapFrog is a Delaware corporation with its principal executive offices located at 6401 Hollis Street, Suite 100, Emeryville, California 94608.

13. Defendant John Barbour ("Barbour") was, at all relevant times, Chief Executive Officer ("CEO") and a director of LeapFrog.

14. Defendant Raymond L. Arthur ("Arthur") was, at all relevant times, Chief Financial Officer ("CFO") of LeapFrog.

15. Defendants Barbour and Arthur are collectively referred to hereinafter as the "Individual Defendants." The Individual Defendants, because of their positions with the Company, possessed the power and authority to control the contents of LeapFrog's reports to the SEC, press releases and presentations to securities analysts, money and portfolio managers and institutional investors, *i.e.*, the market. Each defendant was provided with copies of the Company's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions and access to material

non-public information available to them, each of these defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public, and that the positive representations which were being made were then materially false and/or misleading. The Individual Defendants are liable for the false statements pleaded herein, as those statements were each "group-published" information, the result of the collective actions of the Individual Defendants.

## SUBSTANTIVE ALLEGATIONS

### Background

16. LeapFrog is a developer of educational entertainment for children. The Company's product portfolio consists of multimedia learning platforms and related content, and learning toys. The Company has developed a number of learning platforms, including the LeapPad family of learning tablets, the Leapster family of handheld learning game systems, and the LeapReader reading and writing systems. The Company's products are available in four languages and are sold globally through retailers, distributors and directly to consumers via the leapfrog.com online store and the LeapFrog App Center.

### Materially False and Misleading Statements Issued During the Class Period

17. The Class Period begins on May 5, 2014. On this day, LeapFrog issued a press release entitled, "LeapFrog Reports First Quarter 2014 Financial Results." Therein, the Company, in relevant part, stated:

> **Announces New Products and Platforms for 2014**
>
> LeapFrog Enterprises, Inc. (NYSE:LF) today announced financial results for the first quarter ended March 31, 2014.
>
> "Our first quarter performance was about as we expected given the calendar shift of Easter into Quarter 2, higher levels of retail carryover inventory from Holiday 2013 across the key categories we play in and a continued challenging retail environment in our major markets," said John Barbour, Chief Executive Officer. "With a tough start to the year and our major new product launches scheduled for the second half, we expect our

sales to be significantly more back-end focused in 2014 than last year. Our line-up of major new product introductions will begin shipping in late summer and fall.

"LeapFrog has a great track record of identifying hot new categories and creating innovative, fun learning products for children that become best sellers.

"Just last week, we announced LeapBand™, the first wearable activity tracker created for children that encourages active play and healthy habits while they nurture their own personalized virtual pet. LeapBand will hit store shelves this summer and is a great example of our strategy to diversify our business by creating unique play experiences that help children achieve their potential through pure learning fun.

"We will further diversify our product portfolio with the fall launch of the exciting new LeapTV™ platform, an innovative kids' active video game console system for younger children that gets their minds and bodies moving. We will support the launch with over 100 pieces of content by the end of the year.

"Additionally, we plan to extend our market leadership in children's tablets with a number of innovative new LeapPads, including our first tablet that's specifically designed to be merchandised in the consumer electronics section of stores, and lots more amazing children's educational content.

"We are very excited about the response our new platforms and products have received from our retail partners and other industry experts, and we look forward to revealing more information about them later in the year.

"Also in 2014, we are making significant long-term, strategic investments in creating more new platforms and content, international expansion, online communities and information technology systems. We believe these investments will start to positively impact our bottom line in 2015 and will position us well for long-term growth and continued leadership in educational entertainment."

**Financial Overview for the First Quarter 2014 Compared to the First Quarter 2013**

First quarter 2014 net sales were $56.9 million, down 31% compared to $82.9 million last year, and were not materially impacted by changes in currency exchange rates. We faced an exceptionally tough sales comparison from last year's record first quarter sales performance, driven by high post-season demand for our LeapPads in Spring 2013 following an exceptional Holiday 2012 performance when our tablets held three of the top ten selling toy slots in the U.S. according to NPD1 and were

virtually a total sell-out around the world. Net sales were also impacted by the calendar shift of Easter, retail inventory levels at the beginning of the year, which were higher than a year ago, and a continued tough retail environment. In the U.S. segment, net sales were $39.1 million, down 33% compared to $58.1 million last year. In the International segment, net sales were $17.7 million, down 29% compared to $24.8 million last year, and included a 1% negative impact from changes in currency exchange rates.

Loss from operations for the first quarter of 2014 was $18.6 million, compared to $4.6 million last year.

Net loss (GAAP) for the first quarter of 2014 was $11.5 million, compared to $3.0 million last year. Net loss per basic and diluted share (GAAP) was $0.16, compared to $0.04 last year.

Normalized net loss (non-GAAP) for the first quarter of 2014, which reflects an effective 37.5% tax rate and excludes actual tax benefits and tax expenses, was $11.8 million, compared to $3.1 million last year. Normalized net loss per basic and diluted share (non-GAAP) was $0.17, compared to $0.05 last year. We provide normalized net income (loss) measures, which are non-GAAP measures, to help investors review our performance and performance trends excluding discrete tax items which have historically been significant.

Adjusted EBITDA (non-GAAP) for the first quarter was a loss of $10.4 million, compared to a gain of $2.4 million last year.

**Guidance**

“Our first quarter 2014 results slightly exceeded our guidance, and while we are maintaining our full year 2014 guidance that we previously provided, if current retail trends continue we see ourselves coming in at the lower side of our guidance range,” said Ray Arthur, Chief Financial Officer. “We will continue to focus on executing our plans for the year as well as carefully monitoring consumer purchases given the tough economic climate.

“In addition, when considering second quarter guidance, note that most initial shipments of our major new product introductions were in the second and third quarters of 2013 and comparable shipments will not occur until late in the third quarter and fourth quarter of 2014. Additionally, we see high retail inventory levels continuing to subdue sales to our retailer partners for at least the next three to four months.

“From a full year perspective, we expect these factors to result in a significant shift of our business to the back-end of the year.

> "Throughout 2014, we will continue to invest in our business to broaden our product portfolio, extend our reach internationally, better connect with consumers and improve our business processes. Some of these investments are substantial, such as our investments in new information technology systems and an improved web experience. As a result, these investments, along with our starting retail inventory position, will reduce our profitability in 2014. We believe these investments will position us for growth in the years ahead and help us strengthen our leadership in educational entertainment around the world, providing long-term sales, earnings and cash flow growth."
>
> For the full year 2014, we expect:
>
> - Net sales to be in a range of $554 million to $580 million compared to $554 million in 2013.
> - Net income per diluted share (GAAP) and normalized net income per diluted share (non-GAAP) to both be in the range of $0.18 to $0.25. For the full-year 2013, net income per diluted share (GAAP) was $1.19 and normalized net income per diluted share (non-GAAP) was $0.30.
> - Capital expenditures to be in the range of $35 million to $45 million as we make long-term, strategic investments in our business, particularly in our information technology systems. Capital expenditures include purchases of property and equipment and capitalization of product costs.
>
> For the second quarter of 2014, we expect:
>
> - Net sales to be in a range of $48 million to $52 million compared to $83 million in the second quarter of 2013.3
> - Net loss per basic and diluted share (GAAP) and normalized net loss per basic and diluted share (non-GAAP) to both be in the range of $0.24 to $0.21. For the second quarter of 2013, net loss per basic and diluted share (GAAP) was $0.05 and normalized net loss per basic and diluted share (non-GAAP) was $0.04.

18. On May 7, 2014, LeapFrog filed its Quarterly Report with the SEC on Form 10-Q for the 2014 fiscal first quarter. The Company's Form 10-Q was signed by Defendants Barbour and Arthur, and reaffirmed the Company's statements previously announced May 5, 2014.

19. The statements contained in ¶¶17-18 were materially false and/or misleading when made because defendants failed to disclose or indicate the following: (1) that the Company was experiencing a decline in consumer demand; (2) that the Company's new LeapTV video game system launch and

shipment was delayed by developmental issues; (3) that retailers were overstocked with the Company's LeapPad products; (4) that, as a result, the Company lacked a reasonable basis for its financial guidance; and (5) that, as a result of the foregoing, the Company's statements were materially false and misleading at all relevant times.

20. On August 4, 2014, LeapFrog issued a press release entitled, "LeapFrog Reports First Quarter Fiscal Year 2015 Financial Results." Therein, the Company, in relevant part, stated:

> **Financial Results Declined Year-Over-Year, Largely Due to Carry-Forward Retail Inventory from Last Holiday Season and the Timing of New Product Shipments Positioned for a Strong Holiday Season with New Product Introductions in New Entertainment Categories**
>
> LeapFrog Enterprises, Inc. (NYSE:LF) today announced financial results for the first fiscal quarter ended June 30, 2014. In May, LeapFrog announced a fiscal year-end change from December 31 to March 31 in order to simplify business processes. As a result, the quarter ended June 30, 2014 is the first quarter of the new fiscal year ending March 31, 2015.
>
> Highlights of financial results for the quarter ended June 30, 2014 compared to the quarter ended June 30, 2013:
>
> - Consolidated net sales were $47.0 million, down 43%. U.S. segment net sales were down 47%, and international segment net sales were down 34%.
> - Net loss per basic and diluted share was $0.23, compared to a net loss per basic and diluted share of $0.05 a year ago.
> - Cash and cash equivalents were $199.2 million as of June 30, 2014, up 10% compared to $181.4 million as of June 30, 2013.
>
> "Our business so far this year has been significantly hindered by retail inventory carry-forward from Holiday 2013, tough conditions in most of our key markets and the planned later launch of our major new product introductions for the year. While these difficulties have caused our financial performance to decline substantially during our seasonally slow quarters, we are making good progress on our growth initiatives, which should position us well for a strong holiday season, expansion into new major entertainment categories and profitable longterm growth," said John Barbour, Chief Executive Officer.
>
> "This year we are launching two exciting new lines of products in brand-new entertainment categories for us that encourage active play and that will expand and further diversify our business. Childhood obesity has more than doubled over the last 30 years. Our mission at LeapFrog is to

help children achieve their potential, and to this end, many children desperately need help and encouragement to get more active. Hitting store shelves this month is LeapBand, which was inspired by the Let's Move initiative by First Lady Michelle Obama. LeapBand is the first wearable activity tracker created for children that encourages active play and healthy habits while nurturing a personalized virtual pet. LeapBand will be launched on September 6th with a major PR event in Los Angeles featuring Mia Hamm, the international soccer star and mother of three young children, as spokesperson. In October, we will launch LeapTV, an innovative educational, active video game console system for younger children that by year-end will offer more than 100 pieces of content, with games designed to get kids' minds and bodies moving.

"We recently hosted our annual product showcase in New York City to demonstrate these lines for retail partners, the media, investors and other industry experts. We are very excited by the feedback we received and believe that LeapTV will be featured on many retailer and media Top Toy lists this holiday season. There is significant excitement for these innovative new products that are in high-growth entertainment categories currently not being addressed for younger children. The LeapBand and LeapTV lines are great examples of LeapFrog's unique ability to create engaging educational entertainment experiences that help children achieve their potential.

"In addition, this summer we are launching two new versions of our top-selling LeapPad children's tablets, the LeapPad3 and LeapPad Ultra XDi. We will also add more than 370 new pieces of content this year to our unique multimedia library, where every game, app, video, book and music track has been developed or reviewed by our full-time in-house team of child development and educational experts. LeapFrog pioneered the children's tablet market with the launch of the original LeapPad in 2011. Three years later, LeapPads are still the best first tablets for children and they continue to be the top-selling children's tablet line in our major markets.

"We are also making significant strategic investments in creating additional new platforms and content, international expansion, online communities and information technology systems. We believe these investments will start to positively impact our bottom line next year and will position us well for long-term growth and continued leadership in educational entertainment."

**Financial Overview for the First Fiscal Quarter Ended June 30, 2014 Compared to the Quarter Ended June 30, 2013**

LeapFrog previously announced a fiscal year-end change from December 31 to March 31 in order to simplify business processes. As a result, the

quarter ended June 30, 2014 is the first quarter of the new fiscal year ending March 31, 2015.

First fiscal quarter net sales were $47.0 million, down 43% compared to $83.0 million last year, and were not materially impacted by changes in currency exchange rates. In the U.S. segment, net sales were $30.7 million, down 47% compared to $58.4 million last year. In the International segment, net sales were $16.3 million, down 34% compared to $24.6 million last year, and were not materially impacted by changes in currency exchange rates.

Net sales for the first fiscal quarter were negatively impacted by high inventory levels at retail entering the fiscal year that were carried over from the 2013 holiday season, which drove retailers to discount products, cut replenishment orders and required higher trade allowances, partially offset by the calendar shift of Easter. Net sales also faced an exceptionally tough sales comparison from last year's exceptional June quarter sales performance, which was driven by new product introductions that will not occur until the September and December quarters of this year. In addition, net sales in the prior year were driven by high post-season demand for our LeapPad tablets and content in Spring 2013, following an exceptional Holiday 2012 performance when our tablets held three of the top 10 selling toy slots in the U.S. and our Explorer assortment of content was the No. 1 selling toy in the U.S. according to NPD1.

Loss from operations for the first fiscal quarter was $25.7 million, compared to a loss from operations of $4.1 million last year.

Net loss for the first fiscal quarter was $16.4 million, compared to a net loss of $3.3 million last year. Net loss per basic and diluted share was $0.23, compared to a net loss per basic and diluted share of $0.05 last year.

Adjusted EBITDA (non-GAAP) for the first fiscal quarter was a loss of $16.2 million, compared to a gain of $3.4 million last year.

"We expected a decline in our financial performance year-over-year given higher levels of retail carryover inventory from Holiday 2013, the comparative timing of new product launches and a difficult comparison to the prior year," said Ray Arthur, Chief Financial Officer. "However, the decline in net sales and gross margin was slightly more than expected as we helped retail partners discount our products to reduce retail inventory levels. Given our ability to reduce operating expenses, our net loss for the quarter was about what we expected despite the net sales and gross margin declines."

**Guidance**

"We expect our financial results to decline year-over-year in the September quarter due to remaining elevated retail inventory levels, continued challenging POS trends and the comparative timing of new product launches. In addition, our sales projections have declined with the deferral of our consumer electronics tablet until next year to allow us to focus on the launch of our major new platform introduction – LeapTV. However, we expect solid net sales growth in both the December and March quarters, led largely by sales of new releases including LeapTV, LeapBand, LeapPad3, LeapPad Ultra XDi and related content," continued Mr. Arthur.

"We are lowering our outlook for the year given our June quarter performance, POS trends, and a very back-end loaded year with LeapTV shipping at the end of September.

"Previously, we provided guidance for the full calendar year. We are now providing full fiscal year guidance for the 12-month period ending March 31, 2015 to align with our new fiscal year end that we announced in May. We expect full fiscal year net sales to decline moderately year-over-year due to the issues we've already discussed … elevated beginning retail inventory levels, a challenging market environment and POS trends as well as the timing of new product shipments. Partially offsetting these challenges will be the introduction of new products that we expect to perform very well in the market place in fiscal 2015 and beyond. We believe LeapTV will be a big hit when it launches, but it won't start shipping until the end of September, limiting the upside for this year but positioning us nicely for next year. For the fiscal year, we expect our net income per share to decline year-over-year due to the net sales decline and our long-term investments in the business to drive future growth. These long-term investments are being made in new platforms and content, international expansion, online communities and information systems, and we expect to benefit from these investments starting in the next fiscal year."

For the full fiscal year ending March 31, 2015, we expect:

- Net sales to be in the range of $480 million to $505 million compared to $528 million for the 12-month period ended March 31, 2014.
- Net income (loss) per basic and diluted share to be in the range of a loss per share of $0.04 to an income per share of $0.10. For the 12-month period ended March 31, 2014, net income per diluted share (GAAP) was $1.07 and normalized net income per diluted share2 (non-GAAP) was $0.18. We are providing normalized net income (loss)2 measures, which are non-GAAP measures, to help investors

review our performance and performance trends excluding discrete tax items which have historically been significant.

- Capital expenditures to be in the range of $30 million to $40 million as we make long-term, strategic investments in our business, particularly in our information technology systems. Capital expenditures include purchases of property and equipment and capitalization of product costs.

For the second fiscal quarter ending September 30, 2014, we expect:

- Net sales to be in the range of $125 million to $130 million.
- Net income (loss) per diluted share to be in the range of a loss per share of $0.03 to an income per share of $0.01.

21. On this news, shares of LeapFrog declined $1.38 per share, 18.67%, on August 5, 2014, to close at $6.01 per share, on unusually heavy volume.

22. On August 6, 2014, LeapFrog filed its Quarterly Report with the SEC on Form 10-Q for the 2015 fiscal first quarter. The Company's Form 10-Q was signed by Defendants Barbour and Arthur, and reaffirmed the Company's statements previously announced on August 4, 2014.

23. The statements contained in ¶¶20, 22 were materially false and/or misleading when made because defendants failed to disclose or indicate the following: (1) that the Company was experiencing a decline in consumer demand; (2) that the Company's new LeapTV video game system launch and shipment was delayed by developmental issues; (3) that retailers were overstocked with the Company's LeapPad products; (4) that, as a result, the Company lacked a reasonable basis for its financial guidance; and (5) that, as a result of the foregoing, the Company's statements were materially false and misleading at all relevant times.

24. On November 3, 2014, LeapFrog issued a press release entitled, "LeapFrog Reports Second Quarter Fiscal Year 2015 Financial Results." Therein, the Company, in relevant part, stated:

**Net Sales in the September Quarter Declined Year-Over-Year Expects Net Sales Growth Year-Over-Year in the December Quarter with the Launch of LeapTV**

LeapFrog Enterprises, Inc. (NYSE:LF) today announced financial results for the second fiscal quarter ended September 30, 2014. In May, LeapFrog

announced a fiscal year-end change from December 31 to March 31 in order to simplify business planning and processes. As a result, the quarter ended September 30, 2014 was the second quarter of the new fiscal year ending March 31, 2015.

Highlights of financial results for the quarter ended September 30, 2014 compared to the quarter ended September 30, 2013:

- Consolidated net sales were $113.6 million, down 43%. U.S. segment net sales were down 47%, and international segment net sales were down 33%.
- Net loss per basic and diluted share was $0.03, compared to net income per diluted share of $0.37 a year ago.
- Cash and cash equivalents were $111.3 million as of September 30, 2014, up 42% compared to $78.4 million as of September 30, 2013.

"Our business year-to-date has been negatively impacted by the significant retail inventory carry-over of tablets from Holiday 2013, the planned later launch of our major new products compared to last year, many of our retail partners around the world running far tighter inventories this year and retail sales softness in some of our key product categories," said John Barbour, Chief Executive Officer. "In addition, our fiscal second quarter net sales were hampered with the slippage of first shipments of LeapTV into the fiscal third quarter, which is the primary reason our fiscal second quarter net sales results were below our guidance range.

"Despite these challenges, we believe we are well-positioned for the all-important holiday season with our biggest ever line of fun educational content, filled with lots of new games, books and videos; the exciting launch of our innovative new active educational video game system, LeapTV; two new feature-filled tablets in our LeapPad line, which continues to be the #1 best-selling line of children's tablets in our major markets based on unit sales; and a strong line-up of learning toys and interactive reading platforms.

"In October, we began shipping LeapTV and early retail sales and reviews have been very encouraging. With limited distribution, LeapTV has already hit the Top 25 selling list this week in one major retailer, and it has been named on many retailer, media and industry top toy lists for this holiday. We are very excited about the platform's potential to diversify and expand our business into a sizeable new entertainment category.

"Additionally, an important part of Fiscal 2015 is the significant strategic investments we are making into building operational foundations that will support our growth plans into the future. In addition to implementing a new companywide ERP system, we are investing in developing new platforms and content, international expansion and building online

communities. We believe these investments will position us for long-term growth and continued leadership in educational entertainment."

**Financial Overview for the Second Fiscal Quarter Ended September 30, 2014 Compared to the Quarter Ended September 30, 2013**

LeapFrog previously announced a fiscal year-end change from December 31 to March 31 in order to simplify business planning and processes. As a result, the quarter ended September 30, 2014 was the second quarter of the new fiscal year ending March 31, 2015.

Second fiscal quarter net sales were $113.6 million, down 43% compared to $201.0 million last year, and were not materially impacted by changes in currency exchange rates. In the U.S. segment, net sales were $77.6 million, down 47% compared to $146.8 million last year. In the International segment, net sales were $36.1 million, down 33% compared to $54.2 million last year, and were not materially impacted by changes in currency exchange rates.

Net sales for the quarter were negatively impacted by higher-than-desired inventory levels of tablets at retail entering the year which reduced retailer replenishment orders, the planned later timing of new product launches compared to the prior year, many of our retail partners around the world running far tighter inventories this year, retail sales softness in some of our key product categories and the first shipments of LeapTV slipping into the fiscal third quarter.

Loss from operations for the second fiscal quarter was $3.1 million, compared to income from operations of $42.9 million last year.

Net loss for the second fiscal quarter was $2.0 million, compared to net income of $26.4 million last year. Net loss per basic and diluted share was $0.03, compared to net income per diluted share of $0.37 last year.

Adjusted EBITDA (non-GAAP) for the second fiscal quarter was $6.3 million, compared to $50.9 million last year.

"We expected a decline in our financial performance year-over-year given higher levels of retail carry-over inventory from Holiday 2013 and the comparative timing of new product launches," said Ray Arthur, Chief Financial Officer. "However, the decline in net sales was more than anticipated primarily due to the slippage of first shipments of LeapTV into the fiscal third quarter. Given our reduced operating expenses versus plan, our net loss for the quarter was in-line with our expectations despite the net sales decline."

**Guidance**

"We expect our financial results in our fiscal third quarter ending December 31, 2014 to improve year-over-year given the launch of LeapTV, two new LeapPad tablets, a strong line-up of learning toys and interactive reading platforms and an exceptional educational content offering. However, we also expect our business to continue to be impacted by residual Holiday 2013 carry-forward retail inventory of LeapPads. Additionally, many of our retail partners around the world are running far tighter inventories this year, and we are experiencing retail sales softness in some of our key product categories. As a result, we are lowering our outlook for the fiscal year," continued Mr. Arthur.

For the full fiscal year ending March 31, 2015, we expect:

- Net sales to be in the range of $450 million to $470 million compared to $528 million for the twelve-month period ended March 31, 2014.
- Net loss per basic and diluted share to be in the range of $0.13 to $0.25, assuming an effective 37.5% tax rate. For the twelve-month period ended March 31, 2014, net income per diluted share (GAAP) was $1.07 and normalized net income per diluted share[2] (non-GAAP) was $0.18. We are providing normalized net income (loss) measures, which are non-GAAP measures, to help investors review our performance and performance trends excluding discrete tax items which have historically been significant.
- Capital expenditures to be in the range of $35 million to $45 million as we make long-term, strategic investments in our business, particularly in our information technology systems. Capital expenditures include purchases of property and equipment and capitalization of product costs.

For the third fiscal quarter ending December 31, 2014, we expect:

- Net sales to be in the range of $220 million to $240 million, up 18% to 28%, compared to $187 million for the quarter ended December 31, 2013.
- Net income per diluted share to be in the range of $0.16 to $0.28, assuming an effective 37.5% tax rate. For the quarter ended December 31, 2013, net income per diluted share (GAAP) was $0.90 and normalized net income per diluted share2 (non-GAAP) was $0.00. We are providing normalized net income measures, which are non-GAAP measures, to help investors review our performance and performance trends excluding discrete tax items which have historically been significant.

25. In a subsequent conference call on November 3, 2014 to discuss second quarter results, Barbour made the following statements regarding LeapTV:

> We started shipping units to retailers a few weeks ago and I'm very pleased to report that LeapTV is off to a very strong start. While launch inventory is still flowing to many stores, early sales and reviews have been very encouraging. With limited distribution, LeapTV has already hit the top 25 selling list this week at one major retailer and that has been selected on many retailers, media and industry top toy lists for this holiday.
>
> Our major TV advertising campaign to support the LeapTV launch has just begun and in the next week or so you should see LeapTV's featured on [NCAPS], front store displays, holiday catalogs and on the homepages of many of our top customers. This is the start of an extensive advertising and promotional campaign that will run through the holiday season.

26. On the above news, shares of LeapFrog declined $0.42 per share, or 7.73%, on November 4, 2014, to close at $5.01 per share, on unusually heavy volume.

27. On November 10, 2014, LeapFrog filed its Quarterly Report with the SEC on Form 10-Q for the 2014 fiscal second quarter. The Company's Form 10-Q was signed by Defendants Barbour and Arthur, and reaffirmed the Company's statements previously announced on November 3, 2014.

28. The statements contained in ¶¶24-25 & 27 were materially false and/or misleading when made because defendants failed to disclose or indicate the following: (1) that the Company was experiencing a decline in consumer demand; (2) that the Company's new LeapTV video game system launch, shipment and promotion was delayed by developmental issues; (3) that retailers were overstocked with the Company's LeapPad products; (4) that, as a result, the Company lacked a reasonable basis for its financial guidance; and (5) that, as a result of the foregoing, the Company's statements were materially false and misleading at all relevant times.

**<u>Disclosures at the End of the Class Period</u>**

29. On January 22, 2015, LeapFrog issued a press release entitled, "LeapFrog Provides Preliminary Unaudited Fiscal Third Quarter Results." Therein, the Company, in relevant part, stated:

> LeapFrog Enterprises, Inc. (NYSE: LF) today provided preliminary unaudited fiscal third quarter results for the three-month period ended

December 31, 2014. The company's fiscal year covers the twelve-month period ending March 31, 2015.

"We are very disappointed that our performance in the third quarter was significantly below our expectations and that we will not achieve our fiscal year guidance," said John Barbour, Chief Executive Officer.

"The sales shortfall was mainly due to the following factors:

- In our major territories, holiday sales of children's tablets across the toy and electronics segments declined more than expected. This fall in consumer demand resulted in lower than planned LeapPad shipments in the quarter.
- Due to development issues, we shipped and promoted our new LeapTV educational video game system later than planned. This delay along with communication challenges and inconsistent execution at retail resulted in us significantly missing our sales expectations on this innovative new platform.
- The lower consumer sales of LeapPad and LeapTV hardware resulted in less demand for cartridges, accessories and digital content.
- Our LeapReader learn-to-read system sales were also lower than expected over the quarter, partly due to the significant drop in the retail prices of children's tablets.
- In addition to the primary drivers above, retail in-stocks of our new tablets were hampered by tighter inventory management and open-to-buy challenges across a number of our retailer partners and the West Coast port slowdown in the US.

"Despite these sales declines, the children's tablet business remains a sizeable business around the world, and we believe based on market data that LeapPad tablets continued to be the #1 selling kids' tablets in the US based on units. In addition, our LeapPad tablets were also the overall #1 selling toy in the UK for the year according to NPD1. LeapTV has also won a wide variety of independent awards and has been getting good online consumer reviews.

"In light of our significant sales decline and losses, we are thoroughly reviewing our product strategies, operations and cost structure in order to improve our financial performance. For the last 20 years, LeapFrog has gained substantial expertise in developing educational entertainment products for children. We have a strong brand that parents trust and a rich history of innovation and education. We are confident we can leverage these core assets to continue to deliver exceptional educational products and to return the company to growth."

> "Our results for the third quarter will be significantly impacted by the non-cash write-down of goodwill and deferred tax assets of approximately $107 million," said Ray Arthur, Chief Financial Officer.
>
> "We expect our net sales to decline in the fourth quarter," continued Mr. Arthur. "However, we cannot provide a sales estimate at this time as we continue to evaluate our retail inventory levels coming out of the holidays. We are, therefore, withdrawing our prior guidance for the current fiscal year ending March 31, 2015. We expect to provide guidance for the new fiscal year ending March 31, 2016, when we report our financial results for the fourth quarter ending March 31, 2015."
>
> For our fiscal third quarter ended December 31, 2014, our preliminary unaudited results are:
>
> - Net sales will be approximately $145 million compared with prior guidance of $220 million to $240 million.
> - Net loss will be approximately $124 million, which includes non-cash charges of approximately $20 million for goodwill impairment and approximately $87 million for deferred tax asset valuation allowance.
> - Net loss per basic and diluted share will be approximately $1.77, which includes approximately $0.28 per share related to goodwill impairment and approximately $1.24 per share related to deferred tax asset valuation allowance. This compares to prior guidance of net income per diluted share to be in the range of $0.16 to $0.28, assuming an effective 37.5% tax rate.
> - Cash and cash equivalents will be approximately $94 million, accounts receivables will be approximately $101 million and inventories will be approximately $78 million. The company had no short-term or long-term debt outstanding as of December 31, 2014.

30. On this news, shares of LeapFrog declined $1.35 per share, 34.62%, to close on January 23, 2015, at $2.55 per share, on unusually heavy volume.

## CLASS ACTION ALLEGATIONS

31. Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a Class, consisting of all those who purchased or otherwise acquired LeapFrog securities during the Class Period (the "Class"); and were damaged upon the revelation of the alleged corrective disclosures. Excluded from the Class are Defendants herein, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal

representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

32. The members of the Class are so numerous that joinder of all members is impracticable. Throughout the LeapFrog Class Period, securities of LeapFrog were actively traded on the New York Stock Exchange ("NYSE"). While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are hundreds or thousands of members in the proposed Class. Record owners and other members of the Class may be identified from records maintained by LeapFrog or their transfer agents and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

33. Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law complained of herein.

34. Plaintiff will fairly and adequately protect the interests of the members of the Class and have retained counsel competent and experienced in class action and securities litigation.

35. Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

- whether the federal securities laws were violated by Defendants' acts as alleged herein;
- whether statements made by Defendants to the investing public during the Class Period misrepresented material facts about the business, operations and management of LeapFrog;
- whether the Individual Defendants caused LeapFrog to issue false and misleading financial statements during the Class Period;
- whether Defendants acted knowingly or recklessly in issuing false and misleading financial statements;

- whether the prices of LeapFrog securities during the Class Period were artificially inflated because of the Defendants' conduct complained of herein; and,

- whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

36. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

37. Plaintiff will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine in that:

- Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

- the omissions and misrepresentations were material;

- LeapFrog securities are traded in efficient markets;

- the Company's shares were liquid and traded with moderate to heavy volume during the Class Period;

- the Company traded on the NYSE, and was covered by multiple analysts;

- the misrepresentations and omissions alleged would tend to induce a reasonable investor to misjudge the value of the Company's securities; and

- Plaintiff and members of the Class purchased and/or sold LeapFrog securities between the time the Defendants failed to disclose or misrepresented material facts and the time the true facts were disclosed, without knowledge of the omitted or misrepresented facts.

38. Based upon the foregoing, Plaintiff and the members of the Class are entitled to a presumption of reliance upon the integrity of the market.

39. Alternatively, Plaintiff and the members of the Class are entitled to the presumption of reliance established by the Supreme Court in *Affiliated Ute Citizens of the State of Utah v. United*

*States*, 406 U.S. 128, 92 S. Ct. 2430 (1972), as Defendants omitted material information in their Class Period statements in violation of a duty to disclose such information, as detailed above.

**COUNT I**

**Violation of Section 10(b) of**
**The Exchange Act and Rule 10b-5**
**Against All Defendants**

40. Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

41. This Count is asserted against Defendants and is based upon Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

42. During the Class Period, Defendants engaged in a plan, scheme, conspiracy and course of conduct, pursuant to which they knowingly or recklessly engaged in acts, transactions, practices and courses of business which operated as a fraud and deceit upon Plaintiff and the other members of the Class; made various untrue statements of material facts and omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; and employed devices, schemes and artifices to defraud in connection with the purchase and sale of securities. Such scheme was intended to, and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiff and other Class members, as alleged herein; (ii) artificially inflate and maintain the market price of LeapFrog securities; and (iii) cause Plaintiff and other members of the Class to purchase or otherwise acquire LeapFrog securities and options at artificially inflated prices. In furtherance of this unlawful scheme, plan and course of conduct, Defendants, and each of them, took the actions set forth herein.

43. Pursuant to the above plan, scheme, conspiracy and course of conduct, each of the Defendants participated directly or indirectly in the preparation and/or issuance of the quarterly and annual reports, SEC filings, press releases and other statements and documents described above,

including statements made to securities analysts and the media that were designed to influence the market for LeapFrog securities. Such reports, filings, releases and statements were materially false and misleading in that they failed to disclose material adverse information and misrepresented the truth about LeapFrog's finances and business prospects.

44. By virtue of their positions at LeapFrog, Defendants had actual knowledge of the materially false and misleading statements and material omissions alleged herein and intended thereby to deceive Plaintiff and the other members of the Class, or, in the alternative, Defendants acted with reckless disregard for the truth in that they failed or refused to ascertain and disclose such facts as would reveal the materially false and misleading nature of the statements made, although such facts were readily available to Defendants. Said acts and omissions of Defendants were committed willfully or with reckless disregard for the truth. In addition, each defendant knew or recklessly disregarded that material facts were being misrepresented or omitted as described above.

45. Defendants were personally motivated to make false statements and omit material information necessary to make the statements not misleading in order to personally benefit from the sale of LeapFrog securities from their personal portfolios.

46. Information showing that Defendants acted knowingly or with reckless disregard for the truth is peculiarly within Defendants' knowledge and control. As the senior managers and/or directors of LeapFrog, the Individual Defendants had knowledge of the details of LeapFrog's internal affairs.

47. The Individual Defendants are liable both directly and indirectly for the wrongs complained of herein. Because of their positions of control and authority, the Individual Defendants were able to and did, directly or indirectly, control the content of the statements of LeapFrog. As officers and/or directors of a publicly-held company, the Individual Defendants had a duty to disseminate timely, accurate, and truthful information with respect to LeapFrog's businesses, operations, future financial condition and future prospects. As a result of the dissemination of the

aforementioned false and misleading reports, releases and public statements, the market price of LeapFrog securities was artificially inflated throughout the Class Period. In ignorance of the adverse facts concerning LeapFrog's business and financial condition which were concealed by Defendants, Plaintiff and the other members of the Class purchased or otherwise acquired LeapFrog securities at artificially inflated prices and relied upon the price of the securities, the integrity of the market for the securities and/or upon statements disseminated by Defendants, and were damaged thereby.

48. During the Class Period, LeapFrog securities were traded on an active and efficient market. Plaintiff and the other members of the Class, relying on the materially false and misleading statements described herein, which the Defendants made, issued or caused to be disseminated, or relying upon the integrity of the market, purchased or otherwise acquired shares of LeapFrog securities at prices artificially inflated by Defendants' wrongful conduct. Had Plaintiff and the other members of the Class known the truth, they would not have purchased or otherwise acquired said securities, or would not have purchased or otherwise acquired them at the inflated prices that were paid. At the time of the purchases and/or acquisitions by Plaintiff and the Class, the true value of LeapFrog securities was substantially lower than the prices paid by Plaintiff and the other members of the Class. The market price of LeapFrog securities declined sharply upon public disclosure of the facts alleged herein to the injury of Plaintiff and Class members.

49. By reason of the conduct alleged herein, Defendants knowingly or recklessly, directly or indirectly, have violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

50. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases, acquisitions and sales of the Company's securities during the Class Period, upon the disclosure that the Company had been disseminating misrepresented financial statements to the investing public.

**<u>COUNT II</u>**

**Violation of Section 20(a) of**
**<u>The Exchange Act Against The Individual Defendants</u>**

51. Plaintiff repeats and realleges each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

52. During the Class Period, the Individual Defendants participated in the operation and management of LeapFrog, and conducted and participated, directly and indirectly, in the conduct of LeapFrog's business affairs. Because of their senior positions, they knew the adverse non-public information about LeapFrog's misstatement of income and expenses and false financial statements.

53. As officers and/or directors of a publicly owned company, the Individual Defendants had a duty to disseminate accurate and truthful information with respect to LeapFrog's financial condition and results of operations, and to correct promptly any public statements issued by LeapFrog which had become materially false or misleading.

54. Because of their positions of control and authority as senior officers, the Individual Defendants were able to, and did, control the contents of the various reports, press releases and public filings which LeapFrog disseminated in the marketplace during the Class Period concerning LeapFrog's results of operations. Throughout the Class Period, the Individual Defendants exercised their power and authority to cause LeapFrog to engage in the wrongful acts complained of herein. The Individual Defendants therefore, were "controlling persons" of LeapFrog within the meaning of Section 20(a) of the Exchange Act. In this capacity, they participated in the unlawful conduct alleged which artificially inflated the market price of LeapFrog securities.

55. Each of the Individual Defendants, therefore, acted as a controlling person of LeapFrog. By reason of their senior management positions and/or being directors of LeapFrog, each of the Individual Defendants had the power to direct the actions of, and exercised the same to cause, LeapFrog to engage in the unlawful acts and conduct complained of herein. Each of the Individual Defendants

exercised control over the general operations of LeapFrog and possessed the power to control the specific activities which comprise the primary violations about which Plaintiff and the other members of the Class complain.

56. By reason of the above conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act for the violations committed by LeapFrog.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against Defendants as follows:

A. Determining that the instant action may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure, and certifying Plaintiff as the Class representative;

B. Requiring Defendants to pay damages sustained by Plaintiff and the Class by reason of the acts and transactions alleged herein;

C. Awarding Plaintiff and the other members of the Class prejudgment and post-judgment interest, as well as their reasonable attorneys' fees, expert fees and other costs; and

D. Awarding such other and further relief as this Court may deem just and proper.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury.

Dated: February 2, 2015 Respectfully submitted,

**GLANCY BINKOW & GOLDBERG LLP**

By: *s/ Robert V. Prongay*
Lionel Z. Glancy
Robert V. Prongay
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

**POMERANTZ LLP**
Jeremy A. Lieberman
Francis P. McConville
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Facsimile: 212-661-8665

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184

**WOHL & FRUCHTER LLP**
J. Elazar Fruchter
570 Lexington Avenue, 16th Floor
New York, NY 10022
Telephone: (212) 758-4000
Facsimile: (212) 758-4004

*Counsel for Plaintiff*

**CERTIFICATION OF RICHARD FARIAS PURSUANT TO**
**THE PRIVATE SECURITIES LITIGATION REFORM ACT**

I, Richard Farias, hereby declare as follows:

1. I have reviewed the facts and allegations in a complaint against LeapFrog Enterprises, Inc. ("LF") and related parties, and authorize its filing.

2. I did not purchase LF securities at the direction of plaintiffs' counsel or in order to participate in any private action under the federal securities laws.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. The attached Schedule A lists all of my purchases and sales in LF securities during the class period set forth in the complaint.

5. During the three year period preceding the date hereof, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

6. I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except for reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th of January 2015.

Richard J. Farias
Richard Farias

**LEAPFROG CORPORATION (LF)** **Richard Farias**

**LIST OF PURCHASES AND SALES**

| DATE | PURCHASE OR SALE | NUMBER OF SHS/UTS | PRICE PER SH/UT |
|---|---|---|---|
| 08/05/2014 | PUR | 10,000 | $6.0000 |
| 08/07/2014 | PUR | 10,000 | $6.0000 |
| 11/13/2014 | PUR | 4,000 | $4.8300 |